IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:08-CR-431 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| BRIAN EUGENE BOYCE, JR. | : | |

**ORDER**

    **WHEREAS**, this 3RD day of February, 2009, there being no objections filed to the Magistrate Judge's Report and Recommendation issued January 15, 2009, **IT IS HEREBY ORDERED THAT** this Court accepts the Guilty Plea of the Defendant and sets April 23, 2009, at 11:00 a.m., as the sentencing date in the above case. Said sentencing shall be held in front of Chief Judge Kane in Courtroom No. 4, Eighth Floor, Federal Building, Harrisburg, Pennsylvania.

    S/ Yvette Kane
    Yvette Kane, Chief Judge
    United States District Court
    Middle District of Pennsylvania